UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>HENRY MEJIA,<br><br>                    Defendant. | No. 17-CR-283 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Mr. Mejia's motion for compassionate release based on the COVID-19 pandemic and his related request for appointment of counsel.  (See dkt. no. 406.)  Because Mr. Mejia's argument is straightforward and he has done a good job presenting it, his request for counsel dated October 23, 2020 is DENIED.  The Government shall respond to Mr. Mejia's motion no later than December 7, 2020.  Mr. Mejia may reply by December 28, 2020.  The Clerk of the Court shall mail a copy of this order to Mr. Mejia.

**SO ORDERED.**

Dated:     November 5, 2020
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1